IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TONIA PLUNK, )<br>)<br>Defendant. ) | 8:05CR187<br><br>ORDER |

This matter is before the court on defendant's unopposed MOTION TO EXTEND DATE FOR FILING PRETRIAL MOTIONS AND TRIAL DATE [30]. For good cause shown, I find that the motion should be granted. The defendant will be given the requested approximate 45-day extension. Pretrial Motions shall be filed by July 1, 2005

**IT IS ORDERED:**

1. Defendant's MOTION TO EXTEND DATE FOR FILING PRETRIAL MOTIONS AND TRIAL DATE [30] is granted. Pretrial motions shall be filed on or before **July 1, 2005**. Defendant is ordered to file a waiver of speedy trial as soon as practicable. **This extension applies to all defendants.** Trial will be set by separate order.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **the time between May 17, 2005 and July 1, 2005**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**DATED May 17, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**