Prob 12B
(7/93)

**UNITED STATES DISTRICT COURT**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

**for the**

07 MAR -8 PM 4: 15

**District of Nebraska**

OFFICE OF THE CLERK

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

| **Name of Offender:** | Tonia Plunk | **Docket Number:** | 8:05CR187 |
|---|---|---|---|

**Sentencing Judge:**   The Honorable Joseph F. Bataillon
                        Chief United States District Judge

**Date of Original Sentence:**   November 15, 2005

**Original Offense:**   Conspiracy to Distribute and Possession with Intent to Distribute Methamphetamine   21 U.S.C. 846

**Original Sentence:**   30 months custody; 3 years supervised release

**Type of Supervision:**   Supervised Release

**Date Supervision Commences:**   September 15, 2007

### PETITIONING THE COURT

___   To extend the term of supervision for _____, for a total term of _____

_X_   To modify the conditions of supervision as follows:

**The defendant shall attend, successfully complete, and pay for any diagnostic evaluations, treatment or counseling programs, or approved support groups (e.g., AA/NA) for alcohol and/or controlled substance abuse, as directed by the probation officer.**

### CAUSE

Ms. Plunk is currently housed at FPC Greenville and participating in their residential drug treatment program. Lorri Garrison, Drug Abuse Treatment Coordinator for the BOP, is requesting the inclusion of a treatment condition "to assure that continuity of treatment occurs as [she] progresses from the institution to the community." Additionally, the condition was recommended at the time of sentencing, but apparently overlooked.

Respectfully submitted,

John A. Hill, Supervising
U.S. Probation Officer

Reviewed by,

David E. Goering by: all

David E. Goering, Supervising
U.S. Probation Officer

**PLUNK, Tonia**
**Request for Modifying the Conditions of Supervision with Consent of the Offender**
**March 6, 2007**

THE COURT ORDERS

_____ No Action

_____ The Extension of Supervision as noted above

__X__ The Modification of Conditions as noted above

_____ Other

The Honorable Joseph F. Bataillon
Chief U.S. District Judge

$\frac{3}{8}/07$
Date